In the Matter of the Claim of John D. Myers, Respondent, against Samuel Jacobson, Doing Business as J. B. Auto Company, Appellant. State Industrial Board, Respondent.— Motion to dismiss appeal granted, unless the appellant perfects his appeal, files and serves printed record on appeal, and is ready for argument at the next term, in which event the motion is denied.

In the Matter of the Claim of Richard Anderson, Respondent, against Abbott-Cheny Paper Corporation, Appellant. United States Casualty Company, Respondent. State Industrial Board, Respondent.— Motion for reargument denied, with ten dollars costs to the employer against the insurance carrier. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of George Yeannelis, Respondent, against Michael Menides, Doing Business as Excellent Painting and Decorating Company, Subcontractor, and Another, Appellants. State Industrial Board, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Bea S. Leichter, Appellant, against American Antique Brass Co., Inc., Respondent, and State Insurance Fund. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Henry Wacker, Respondent, against Charles F. Melville and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Irving Gold, Respondent, against J. Dukes Wooters, Doing Business under the Trade Name and Style of Air-Way Branch of New York, Appellant. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Stella Kozikowski, Respondent, against Central Concrete Mixing Corporation and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Clair Gerringer, Respondent, against N. V. V. Franchot and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Alvin J. Van Buren, Respondent, against Howard Loucks & Sons and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Frances Brozovich, Respondent, against Hotel Pennsylvania and Another, Appellants. State Industrial Board, Respondent. — Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Michael Derby, Respondent, against International Salt Company, Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

The Beauty Silk Manufacturing Company, Inc., Respondent, v. Fred Krumholz and Louis Lichtblau, Copartners Doing Business under the Style and Firm Name of " Krumholz and Lichtblau," Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

Adelbert H. Chambers and Another, Copartners Doing Business under the